IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02089-WJM-MJW

_____

JOHN A. GESCHWENTNER,

    Plaintiff,
v.

CITY OF ENGLEWOOD,
ENGLEWOOD POLICE DEPARTMENT,
ARAPAHOE DISTRICT COURT,
CLERK OF COURT, ARAPAHOE COUNTY,
STATE OF COLORADO,
POLICE OFFICER DOES I-X, who's true names are unknown,
ARAPAHOE DISTRICT COURT DOES I-X, who's true names are unknown,
CLERK OF COURT DOES I-X, who's true names are unknown,
UNKNOWN ENTITIES I-X, who's true names are unknown.
    Defendants.

**MOTION BY PLAINTIFF TO EXTEND TIME TO EFFECT SERVICE**

    COMES NOW Plaintiff, John A. Geschwentner, through his attorney, Elmer Stewart Rhodes, and moves this Court for an extension of time to effect service of the summons and complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure to and including October 20, 2011.

    Counsel for Plaintiff apologizes to the Court for passing the Court's deadline in the Court's Oder issued on August 12, 2011, directing Plaintiff's counsel to effect service within 30 days of that Order. Counsel for Plaintiff is new to Electronic Case Filing as this is his first federal case, and inadvertently failed to see the email notice sent by the Court. Counsel doesn't know if there was a problem with his email or if this was simply

1

an oversight, but regardless he accepts full responsibility and asks the Court for an extension of time so that his mistake will not hurt his client's case. Plaintiff's attorney, in six years of practice, has never missed a court deadline prior to this error and will make sure never to miss another one, by checking the docket closely each week, and also by having his paralegal double check the docket, not relying only on seeing the email notice. Plaintiff's counsel had intended to seek waiver of service, but in the interest of not slowing this Court's docket any further, will effect service instead. Plaintiff's counsel has secured a process server and is confident of being able to serve defendants within one week if the Court grants this motion.

WHEREFORE the Plaintiff, through his legal counsel, prays that this Court grant his motion and enter its order allowing the Plaintiff to and including October 20, 2011 within which to effect service.

DATED this 13th day of October, 2011.

By: /s/ Elmer Stewart Rhodes
**Elmer Stewart Rhodes**
432 E. Idaho Street
Kalispell, MT 59901
Telephone: (702) 353-0627
FAX: (406) 755-8335
E-mail: stewart.rhodes@aya.yale.edu
Attorney for Plaintiff