IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02089-WJM-MJW

_____

JOHN A. GESCHWENTNER,

    Plaintiff,
v.

CITY OF ENGLEWOOD,
ENGLEWOOD POLICE DEPARTMENT,
ARAPAHOE DISTRICT COURT,
CLERK OF COURT, ARAPAHOE COUNTY,
STATE OF COLORADO,
POLICE OFFICER DOES I-X, who's true names are unknown,
ARAPAHOE DISTRICT COURT DOES I-X, who's true names are unknown,
CLERK OF COURT DOES I-X, who's true names are unknown,
UNKNOWN ENTITIES I-X, who's true names are unknown.
    Defendants.

**UNNOPOSED MOTION BY PLAINTIFF TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS BY CITY OF ENGLEWOOD**

COMES NOW Plaintiff, John A. Geschwentner, through his attorney, Elmer Stewart Rhodes, and moves this Court for an extension of time for Plaintiff to file his Opposition to the Motion to Dismiss by City of Englewood, and Englewood Police Department, to and including December 5, 2011. Plaintiff's counsel has contacted counsel for the City of Englewood and the Englewood Police Department and they do not oppose this motion.

The reason for this motion is that Plaintiff's counsel,

1

Elmer Stewart Rhodes, has been very ill with a flu and walking pneumonia for the past two weeks and is only now back to work and requires an extension to be able to effectively respond on behalf of Plaintiff by filing an Opposition to the Motion to Dismiss that the City of Englewood filed on November 7, 2011.

WHEREFORE the Plaintiff, through his legal counsel, prays that this Court grant his motion and enter its order allowing the Plaintiff to and including December 5, 2011 within which to file Plaintiff's Opposition to the Motion to Dismiss by the City of Englewood and the Englewood Police Department.

DATED this 21st day of November, 2011.

By: /s/ Elmer Stewart Rhodes
**Elmer Stewart Rhodes**
432 E. Idaho Street
Kalispell, MT 59901
Telephone: (702) 353-0627
FAX: (406) 755-8335
E-mail: stewart.rhodes@aya.yale.edu
Attorney for Plaintiff