IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02089-WJM-MJW

_____

JOHN A. GESCHWENTNER,

    Plaintiff,
v.

CITY OF ENGLEWOOD,
ENGLEWOOD POLICE DEPARTMENT,
ARAPAHOE DISTRICT COURT,
CLERK OF COURT, ARAPAHOE COUNTY,
STATE OF COLORADO,
POLICE OFFICER DOES I-X, who's true names are unknown,
ARAPAHOE DISTRICT COURT DOES I-X, who's true names are unknown,
CLERK OF COURT DOES I-X, who's true names are unknown,
UNKNOWN ENTITIES I-X, who's true names are unknown.
    Defendants.

---

**UNNOPOSED PLAINTIFF MOTION TO EXTEND TIME FOR RESPONSE
TO MOTION TO DISMISS BY ARAPAHOE DISTRICT COURT**

---

COMES NOW Plaintiff, John A. Geschwentner, through his attorney, Elmer Stewart Rhodes, and moves this Court for an extension of time for Plaintiff to file his Response to the Motion to Dismiss by Defendants Arapahoe District Court, Clerk of Court, Arapahoe County, and the State of Colorado, to and including December 8, 2011. Plaintiff's counsel has contacted counsel for the Defendants and they do not oppose this motion.

The reason for this motion is that Plaintiff's counsel,

1

Elmer Stewart Rhodes, has been very ill with a flu and walking pneumonia for the past two weeks and is only back to work this week and requires an extension to be able to effectively respond on behalf of Plaintiff to the Motion to Dismiss that the Defendants Arapahoe District Court, Clerk of Court, Arapahoe County, and the State of Colorado filed on November 10, 2011.

WHEREFORE the Plaintiff, through his legal counsel, prays that this Court grant his motion and enter its order allowing the Plaintiff to and including December 8, 2011 within which to file Plaintiff's Response to the Motion to Dismiss by the Arapahoe District Court, Clerk of Court, Arapahoe County, and the State of Colorado.

DATED this 24th day of November, 2011.

By: /s/ Elmer Stewart Rhodes
**Elmer Stewart Rhodes**
432 E. Idaho Street
Kalispell, MT 59901
Telephone: (702) 353-0627
FAX: (406) 755-8335
E-mail: stewart.rhodes@aya.yale.edu
Attorney for Plaintiff