IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO
*Magistrate Judge Michael g. Watanabe*

Civil Action No. 1:11-cv-02089-WJM-MJW

JOHN A. GESCHWENTNER,

      Plaintiff,

v.

CITY OF ENGLEWOOD,
ENGLEWOOD POLICE DEPARTMENT,
ARAPAHOE DISTRICT COURT,
CLERK OF COURT, ARAPAHOE COUNTY,
STATE OF COLORADO,
POLICE OFFICER DOES I-X, who's true names are unknown,
ARAPAHOE DISTRICT COURT DOES I-X, who's true names are unknown,
CLERK OF COURT DOES I-X, who's true names are unknown,
UNKNOWN ENTITIES I-X, who's true names are unknown.
      Defendants.

---

**MINUTE ORDER**  *( Docket no 14 )*

---

It is hearby ORDERED that the Unopposed Motion by Plaintiff to Extend Time to

File Response to the Motion to Dismiss by the A r a p a h o e   D i s t r i c t   C o u r t ,

C l e r k   o f   C o u r t ,   A r a p a h o e   C o u n t y ,   a n d   t h e   S t a t e   o f   C o l o r a d o ,

filed with the Court on November 24, 2011, is GRANTED up to and including December

8, 2011.

Date:   *November 24, 2011*