IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02089-WJM-MJW

_____

JOHN A. GESCHWENTNER,

    Plaintiff,
v.

CITY OF ENGLEWOOD,
ENGLEWOOD POLICE DEPARTMENT,
ARAPAHOE DISTRICT COURT,
CLERK OF COURT, ARAPAHOE COUNTY,
STATE OF COLORADO,
POLICE OFFICER DOES I-X, who's true names are unknown,
ARAPAHOE DISTRICT COURT DOES I-X, who's true names are unknown,
CLERK OF COURT DOES I-X, who's true names are unknown,
UNKNOWN ENTITIES I-X, who's true names are unknown.
    Defendants.

---

## SECOND MOTION BY PLAINTIFF TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS BY CITY OF ENGLEWOOD

COMES NOW Plaintiff, John A. Geschwentner, through his attorney, Elmer Stewart Rhodes, and moves this Court for an extension of time for Plaintiff to file his Opposition to the Motion to Dismiss by City of Englewood, and Englewood Police Department, to and including December 8, 2011.

The reason for this motion is that Plaintiff has decided to amend his complaint to address issues and arguments raised in the motion to dismiss of Defendants Arapahoe

1

District Court, Clerk of Court, Arapahoe County, and the State of Colorado. This court granted Plaintiff until and including December 8, 2011 to answer that motion to dismiss. Since the Plaintiff's amended complaint will also address many, if not all, of the issues raised in the motion to dismiss filed by the City of Englewood and the Englewood Police Department, Plaintiff asks this court to now grant an extension of time to answer that motion to dismiss by the City of Englewood and the Englewood Police Department, up to and including December 8, 2011, which will make the answers to both motions to dismiss due on the same day. If so granted, Plaintiff will file the amended complaint contemporaneously with his answer(s) on December 8, 2011.

Unfortunately, this decision was made after the close of business today, December 5, 2011, and Plaintiff's counsel was not able to reach Defense counsel to ask that they not oppose this motion.

However, Plaintiff's counsel wishes to make it clear that he will not ask for any additional extensions of time to answer the Defendants' motions to dismiss. If this motion is granted, up to and including December 8, 2011 is sufficient time to file an amended complaint and any

answers to both motions to dismiss.

WHEREFORE the Plaintiff, through his legal counsel, prays that this Court grant his motion and enter its order allowing the Plaintiff to and including December 8, 2011 within which to file Plaintiff's Opposition to the Motion to Dismiss by the City of Englewood and the Englewood Police Department, along with an amended complaint.

DATED this 5th day of December, 2011.

By: /s/ Elmer Stewart Rhodes  
**Elmer Stewart Rhodes**  
432 E. Idaho Street  
Kalispell, MT 59901  
Telephone: (702) 353-0627  
FAX: (406) 755-8335  
E-mail: stewart.rhodes@aya.yale.edu  
Attorney for Plaintiff