IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO
Judge ~~William J. Martinez~~ Michael J. Watanabe

Civil Action No. 1:11-cv-02089-WJM-MJW

JOHN A. GESCHWENTNER,

    Plaintiff,

v.

CITY OF ENGLEWOOD,
ENGLEWOOD POLICE DEPARTMENT,
ARAPAHOE DISTRICT COURT,
CLERK OF COURT, ARAPAHOE COUNTY,
STATE OF COLORADO,
POLICE OFFICER DOES I-X, who's true names are unknown,
ARAPAHOE DISTRICT COURT DOES I-X, who's true names are unknown,
CLERK OF COURT DOES I-X, who's true names are unknown,
UNKNOWN ENTITIES I-X, who's true names are unknown.
    Defendants.

## MINUTE ORDER

It is hearby ORDERED that the Second Motion by Plaintiff to Extend Time to File Opposition to the Motion to Dismiss by the City of Englewood and Englewood Police Department, filed with the Court on December 5, 2011, is GRANTED up to and including December 8, 2011.

Date: Dec 9, 2012