**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-02089-WJM-MJW

JOHN A. GESCHWENTNER,

      Plaintiff,

v.

CITY OF ENGLEWOOD,
ENGLEWOOD POLICE DEPARTMENT,
ARAPAHOE DISTRICT COURT,
CLERK OF COURT, ARAPAHOE COUNTY,
STATE OF COLORADO, Police Officer Does 1-X, who's true names are unknown;
Arapahoe District Court Does I-X, who's true names are unknown; Clerk of Court Does
I-X, who's true names are unknown' Unknown Entities I-X, who's true names are
unknown;

      Defendants.

---

**ORDER TO SHOW CAUSE AS TO WHY DEFENDANTS' MOTION
TO DISMISS SHOULD NOT BE DEEMED CONFESSED**

---

On August 10, 2011, Plaintiff John A. Geschwenter initiated this action by filing a

Complaint against the above-listed Defendants alleging wrongful arrest in violation of 42

U.S.C. § 1983. (ECF No. 1.) Defendants City of Englewood and the Englewood Police

Department ("Englewood Defendants") filed a Motion to Dismiss on November 7, 2011.

(ECF No. 11.) Defendants Arapahoe District Court, Arapahoe County Clerk of Court,

and the State of Colorado filed a Motion to Dismiss on November 10, 2011. (ECF No.

12.) Per local rule, Plaintiff's opposition to these motions was due twenty-one days

after the motion was filed. D.C.COLO.LCivR 7.1C. Plaintiff sought several extensions,

which were granted by the Magistrate Judge.  As a result, Plaintiff's opposition to both Motions to Dismiss was due December 8, 2011.  (ECF Nos. 21 & 25.)

On December 8, 2011, Plaintiff filed an Amended Complaint.  (ECF No. 24.) This Amended Complaint was stricken by the Magistrate Judge for failure to comply with Federal Rule of Civil Procedure 15(a)(1) or (2).  (ECF No. 26.)  While the Amended Complaint would possibly have mooted the Motions to Dismiss, *see Howeth v. Aramark Corp.*, 2011 WL 1428087 (D. Utah April 13, 2011), because it was stricken from the record, it has no legal effect.  Thus, the record currently before the Court shows that Plaintiff has failed to oppose the two pending Motions to Dismiss.

Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE not later than **February 3, 2012** as to why the Court should not deem the Motions to Dismiss (ECF Nos. 11 & 12) confessed and dismiss this case with prejudice.

Dated this 23rd day of January, 2012.

BY THE COURT:

William J. Martínez
United States District Judge