IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02089-WJM-MJW

_____

JOHN A. GESCHWENTNER,

      Plaintiff,
v.

CITY OF ENGLEWOOD,
ENGLEWOOD POLICE DEPARTMENT,
ARAPAHOE DISTRICT COURT,
CLERK OF COURT, ARAPAHOE COUNTY,
STATE OF COLORADO,
POLICE OFFICER DOES I-X, who's true names are unknown,
ARAPAHOE DISTRICT COURT DOES I-X, who's true names are unknown,
CLERK OF COURT DOES I-X, who's true names are unknown,
UNKNOWN ENTITIES I-X, who's true names are unknown.
      Defendants.

**THIRD MOTION BY PLAINTIFF TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

COMES NOW Plaintiff, John A. Geschwentner, through his attorney, Elmer Stewart Rhodes, and moves this Court for an extension of time for Plaintiff to file his Opposition (in the form of an amended complaint) to the Motion to Dismiss by City of Englewood and Englewood Police Department, as well as to the Motion to Dismiss by Defendants Arapahoe District Court, Clerk of Court, Arapahoe County, and the State of Colorado.

This Court had granted an extension of time to and

1

including December 8, 2011, after Plaintiff requested that extension so Plaintiff could file an amended complaint, which could possibly make the Motions to Dismiss moot. Plaintiff did file an Amended Complaint on December 8, 2011, however, Plaintiff's counsel neglected to ask leave of the court to file that amended complaint. To correct that error, Plaintiff's counsel is submitting a motion for leave to amend, and an amended complaint, contemporaneous with this motion for extension of time to respond.

Plaintiff's counsel apologizes to the Court for that error to request leave of the Court to file an amended complaint. Counsel is new to federal practice and mistakenly thought he was in compliance with Fed. R. Civ. P. 15(a) when filing that amended complaint. He wishes to correct that error and secure the filing of an amended complaint for his client. Thus, Plaintiff's Counsel now seeks an extension of time to file a response, in the form of an amended complaint, up to and including today, February 3, 2012 or to such date as deemed proper by the Court.

Plaintiff Counsel also apologizes for taking so long to file this request for an extension of time along with a motion for leave to file an amended complaint. Counsel has been under a heavy work load and also dealing with serious

family tragedy as a close relative (his Mother-in-Law) and a close friend (who is like a God-Mother to his family) are in the terminal stages of leukemia and breast cancer, respectively. Plaintiff's Counsel lost his Mother to breast cancer just over a year ago, and a close cousin to lung cancer a few months before that, and to now watch two other loved ones go through the same ordeal has been very difficult for him and his family. Counsel, his wife and children, have been and are still in Las Vegas visiting and tending to these two loved ones. Counsel will return to Montana this next week. Counsel's family responsibilities and grief have seriously affected his legal practice over the past several months.

Counsel sincerely hopes that this Court will find his neglect to be excusable and will, in the interest of justice for his client, grant this motion for an extension of time so that Counsel's mistake in not filing a motion for leave to amend, and his neglect in not filing for this extension sooner, will not harm his client's case. Mr. Geschwenter was clearly wrongfully arrested, being arrested pursuant to a warrant in a dismissed case and with that warrant having been intended for a different person but mistakenly issued against Mr. Geschwenter, as Colorado State Court Judge

Welshauple noted from the bench. Plaintiff's Counsel humbly requests that his mistake and neglect be found excusable in the interest of justice for his client.

WHEREFORE the Plaintiff, through his legal counsel, prays that this Court grant his motion and enter its order allowing the Plaintiff to and including February 3, 2012, or to such date as the Court deems proper, within which to file Plaintiff's Response, in the form of an Amended Complaint, to the Motion to Dismiss by the City of Englewood and the Englewood Police Department, as well as to the Motion to Dismiss by Defendants Arapahoe District Court, Clerk of Court, Arapahoe County, and the State of Colorado.

DATED this 3rd day of February, 2012.

By: /s/ Elmer Stewart Rhodes
**Elmer Stewart Rhodes**
432 E. Idaho Street
Kalispell, MT 59901
Telephone: (702) 353-0627
FAX: (406) 755-8335
E-mail: stewart.rhodes@aya.yale.edu
Attorney for Plaintiff