IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02089-WJM-MJW

_____

JOHN A. GESCHWENTNER,

    Plaintiff,
v.

CITY OF ENGLEWOOD,
ENGLEWOOD POLICE DEPARTMENT,
ARAPAHOE DISTRICT COURT,
CLERK OF COURT, ARAPAHOE COUNTY,
STATE OF COLORADO,
POLICE OFFICER DOES I-X, who's true names are unknown,
ARAPAHOE DISTRICT COURT DOES I-X, who's true names are unknown,
CLERK OF COURT DOES I-X, who's true names are unknown,
UNKNOWN ENTITIES I-X, who's true names are unknown.
    Defendants.

**FIRST MOTION BY PLAINTIFF FOR LEAVE TO FILE AN AMENDED COMPLAINT**

COMES NOW Plaintiff, John A. Geschwentner, through his attorney, Elmer Stewart Rhodes, and moves this Court for leave to file an amended complaint.

This Court had granted an extension of time to and including December 8, 2011, after Plaintiff requested that extension so Plaintiff could file an amended complaint, which could possibly make the Motions to Dismiss moot. Plaintiff did file an Amended Complaint on December 8, 2011, however, Plaintiff's counsel neglected to ask leave of

1

the court to file that amended complaint. To correct that error, Plaintiff's counsel now humbly requests leave of this Court to amend Plaintiff's complaint. For the convenience of this Court, Plaintiff's Counsel will file an amended complaint contemporaneously with this motion for leave to file, in the hopes that this Court will grant leave and accept that amended complaint.

Plaintiff's counsel apologizes to this Court for that prior error of failing to request leave of the Court to file an amended complaint. Counsel is new to federal practice and mistakenly thought he was in compliance with Fed. R. Civ. P. 15(a) when filing that amended complaint. He wishes to correct that error and secure the filing of an amended complaint for his client, in the interest of justice for his client.

The amended complaint will make moot and/or answer issues and arguments raised in the motion to dismiss of Defendants City of Englewood and Englewood Police Department, as well as the motion to dismiss of Defendants Arapahoe District Court, Clerk of Court, Arapahoe County, and the State of Colorado. The Amended Complaint removes as Defendants: the State of Colorado; the Clerk of Court, Arapahoe County; the Arapahoe District

Court; and the Englewood Police Department. So amending the complaint moots the Motion to Dismiss by the State of Colorado, the Clerk of Court, Arapahoe County and the Arapahoe District Court.

Removing the Englewood Police Department as a Defendant also moots a portion of the Motion to Dismiss of the City of Englewood and the Englewood Police Department. The Amended Complaint also, among other things, alleges failures in training and proper supervision over the police officers and department by the City of Englewood, and also describes newly discovered alleged facts, such as arresting officers admitting to the Plaintiff, at the time of his arrest and incarceration, that he was being arrested on a faulty warrant, in a dismissed case, with one officer telling him "man, you shouldn't even be here. Your case was dismissed."

Those amendments to the complaint either moot or answer the arguments made in the Motion to Dismiss of the City of Englewood and the Englewood Police Department, sufficient for this case to go forward. Plaintiff's Counsel humbly submits that the interest of Justice requires that Plaintiff be allowed to amend his complaint.

Mr. Geschwenter was clearly wrongfully arrested, being arrested pursuant to a warrant in a dismissed case and with that warrant having been intended for a different person but mistakenly issued against Mr. Geschwenter, as Colorado State Court Judge Welshauple noted from the bench. Plaintiff's Counsel humbly requests that Plaintiff be allowed to amend his complaint in the interest of justice for his client.

WHEREFORE the Plaintiff, through his legal counsel, prays that this Court grant his motion and enter its order allowing the Plaintiff to amend his complaint. For the Court's convenience, Plaintiff has filed an Amended Complaint, dated today, in the hopes that this Court will grant this motion and accept that Amended Complaint.

DATED this 3rd day of February, 2012.

By: /s/ Elmer Stewart Rhodes
**Elmer Stewart Rhodes**
432 E. Idaho Street
Kalispell, MT 59901
Telephone: (702) 353-0627
FAX: (406) 755-8335
E-mail: stewart.rhodes@aya.yale.edu
Attorney for Plaintiff