**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-02089-WJM-MJW

JOHN A. GESCHWENTNER,

    Plaintiff,

v.

CITY OF ENGLEWOOD,
ENGLEWOOD POLICE DEPARTMENT,
ARAPAHOE DISTRICT COURT,
CLERK OF COURT, ARAPAHOE COUNTY,
STATE OF COLORADO, Police Officer Does 1-X, who's true names are unknown; Arapahoe District Court Does I-X, who's true names are unknown; Clerk of Court Does I-X, who's true names are unknown' Unknown Entities I-X, who's true names are unknown;

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS
CLAIMS AGAINST THE STATE DEFENDANTS**

---

This matter comes before the Court on the Stipulated Motion to Dismiss filed February 21, 2012 (ECF No. 38). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Stipulated Motion to Dismiss is GRANTED. The claims against the Arapahoe District Court, the Clerk of Court for Arapahoe County, the State of Colorado, the Arapahoe District Court Does 1-X, the Clerk of Court Does 1-X and the Unknown Entities 1-X are DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 21st day of February, 2012.

BY THE COURT:

_____
William J. Martinez
United States District Judge