IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02089-WJM-MJW

JOHN A. GESCHWENTNER,

Plaintiff(s),

v.

CITY OF ENGLEWOOD,
ENGLEWOOD POLICE DEPARTMENT,
ARAPAHOE DISTRICT COURT,
CLERK OF COURT, ARAPAHOE COUNTY,
STATE OF COLORADO
POLICE OFFICER DOES I-X, who's [sic] true names are unknown,
ARAPAHOE DISTRICT COURT DOES I-X, who's [sic] true names are unknown,
CLERK OF COURT DOES I-X, who's [sic] true names are unknown,
UNKNOWN ENTITIES I-X, who's [sic] true names are unknown,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Submit Scheduling Order on Behalf of Defendant City of Englewood, DN 43, filed with the Court on March 16, 2012, is GRANTED as attached at Exhibit A (43-1).

Date: March 19, 2012