# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 11-cv-02089-WJM-MJW | FTR - Courtroom A-502 |
| **Date:** March 20, 2012 | Courtroom Deputy, Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| JOHN A. GESCHWENTNER, | Elmer S. Rhodes, III |
| Plaintiff(s), | |
| v. | |
| CITY OF ENGLEWOOD, | Eric M. Ziporin |
| ARAPAHOE COUNTY, | |
| J. GRAYSON ROBINSON, | |
| Sheriff of Arapahoe County, | |
| OFFICER MCCANN, | |
| OFFICER JONES, | |
| POLICE OFFICER DOES 1-X, | |
| whose true names are unknown, and | |
| ARAPAHOE COUNTY JAIL STAFF DOES 1-X, | |
| whose true names are unknown | |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: **TELEPHONIC STATUS CONFERENCE**
**Court in Session:** 9:00 a.m.
Court calls case. Appearances of counsel. Mr. Ziporin notes he represents Officers McCann and Jones, and the City of Englewood.

Status of the case is discussed. Plaintiff anticipates serving defendant Arapahoe County and Sheriff J. Grayson Robinson this week.

Discussion is held regarding identification and service of the various DOE defendants.
It is believed Officers Bob Fieger and Kevin Sage were involved in the felony arrest which is the subject of the Complaint. Officers McCann and Jones were involved in the underlying arrest of the Plaintiff based on felony menacing charge. Parties are directed to meet and confer regarding the possible need to substitute officers Bob Fieger and Kevin Sage for Officers McCann and Jones, and service of any newly identified defendants.

**It is ORDERED:** The RULE 16(b) SCHEDULING CONFERENCE set
**MARCH 23, 2012 at 10:00 a.m.** is VACATED, and RESET to
**MAY 02, 2012 at 10:30 a.m.** in Courtroom A-502, Fifth floor,

Alfred A. Arraj United States Courthouse,
901 19th Street, Denver, Colorado 80294.  Parties shall file their joint proposed SCHEDULING ORDER **on or before   APRIL 25, 2012.**

**It is ORDERED:**   A   SHOW CAUSE HEARING is set **MAY 02, 2012 at 10:30 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  A written ORDER TO SHOW CAUSE shall issue.

Counsel shall appear in person for the May 02, 2012 hearings.

Hearing concluded.
**Court in recess:**   9:14 a.m.
Total In-Court Time 00:14

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.