**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:11-cv-02089-WJM-MJW**

_____

JOHN A. GESCHWENTNER,

      Plaintiff,

v.

CITY OF ENGLEWOOD,
ARAPAHOE COUNTY,
J. GRAYSON ROBINSON, Sheriff of Arapahoe County
OFFICER MCCANN,
OFFICER JONES,
POLICE OFFICER DOES I-X, who's true names are unknown,
ARAPAHOE COUNTY JAIL STAFF Does I-X, who's true names are unknown.
      Defendants.

**MOTION BY PLAINTIFF'S ATTORNEY ELMER STEWART RHODES TO WITHDRAW APPEARANCE AS ATTORNEY**

COMES NOW Plaintiff's attorney, Elmer Stewart Rhodes, and moves this Court to withdraw attorney's appearance as attorney for Plaintiff in this case, for good cause shown below.

The causes compelling and requiring this withdrawal is that counsel's family has suffered a series of deaths and tragedy, including the death of their baby on March 6, 2012, when she was still-born at eight months. Counsel and his wife were devastated by that loss, and now their close friend, Kaye Bullock, who was battling breast cancer, died Sunday, April 22, 2012, and counsel's family is all the more in the midst of grief. Counsel's wife was especially hit hard by this death of a close friend after just losing the baby since Ms. Bullock was the family midwife, and had hoped to live long enough to

1

deliver the baby, and now they are both gone.   The funeral for Ms. Bullock is this Saturday, April 28, 2012, in Utah and counsel and his wife and children are driving there from Montana.   Counsel's wife has asked him to stay close to home and to cut back on business travel, and counsel needs to focus on his family, to deal with their grief and loss, and needs to cut back on out of state cases.   Counsel has withdrawn from two other out of state cases.

In addition, because counsel's mother-in-law is still battling Leukemia, there is a very good chance that counsel and his family will need to go back to Las Vegas and spend more time with her as well, while they still can, and that may also result in tragedy.   Plaintiff's Counsel lost his Mother to breast cancer just over a year ago, and a close cousin to lung cancer a few months before that, and to now watch two other loved ones go through the same ordeal has been very difficult for him and his family.

Counsel's family responsibilities and grief have seriously affected his legal practice over the past several months, and especially in the wake of the death of the baby, and now yet another death of a loved one, counsel does not feel he can continue to effectively represent Mr. Geschwentner under these circumstances.

In compliance with Local Rule 83.3, Counsel has served the attached written notice of withdrawal on his client, John Geschwentner, and also on counsel for the Defendants. Mr. Geschwentner has expressed his consent to this withdrawal (by means of an email this morning, April 26, 2012) and Defense counsel has stated that they do not oppose this motion.   Counsel's notice of withdrawal included the warning to his client that the client personally is responsible for complying with all court orders and time limitations

established by any applicable rules.

WHEREFORE Plaintiff's counsel, Elmer Stewart Rhodes, prays that this Court grant his motion and enter its order withdrawing his appearance in this case.

DATED this 26th day of April, 2012.

By: /s/ Elmer Stewart Rhodes
**Elmer Stewart Rhodes**
432 E. Idaho Street
Kalispell, MT 59901
Telephone: (702) 353-0627
FAX: (406) 755-8335
E-mail: stewart.rhodes@aya.yale.edu
Attorney for Plaintiff
