# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02089-WJM-MJW

JOHN A. GESCHWENTNER,

    Plaintiff,

v.

CITY OF ENGLEWOOD,
ARAPAHOE COUNTY,
J. GRAYSON ROBINSON, Sheriff of Arapahoe County,
OFFICER MCCANN,
OFFICER JONES,
POLICE OFFICER DOES 1-X, whose true names are unknown,
ARAPAHOE COUNTY JAIL STAFF DOES 1-X, whose true names are unknown,

    Defendants.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

*Pro Se* Plaintiff, **JOHN GESCHWENTNER**, Defendants, **CITY OF ENGLEWOOD, OFFICER MCCANN**, and **OFFICER JONES**, by their attorneys, **ERIC M. ZIPORIN** and **MONICA N. KOVACI** of the law firm **SENTER GOLDFARB & RICE, L.L.C.**, and Defendants, **ARAPAHOE COUNTY** and **J. GRAYSON ROBINSON**, by their attorney, **EDWARD M. CASWALL** of the **ARAPAHOE COUNTY ATTORNEY'S OFFICE**, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate and agree as follows:

    1.    That Plaintiff's Complaint, and all claims related to or arising therefrom, be dismissed with prejudice.

    2.    That each of the parties shall bear responsibility for their own costs and attorney fees; and

3. That the Court may enter an Order of Dismissal with Prejudice without further action from the parties.

Respectfully submitted,

s/ John Geschwentner
**John Geschwentner**
4455 South Galapago Street
Englewood, CO 80110
Telephone: (720) 989-8925
E-mail: Arshluck@hotmail.com
*Pro se Plaintiff*


s/ Eric M. Ziporin
**Eric M. Ziporin**


s/ Monica N. Kovaci
**Monica N. Kovaci**
Senter Goldfarb & Rice, L.L.C.
1700 Broadway, Suite 1700
Denver, CO 80290
Telephone: (303) 320-0509
FAX: (303) 320-0210
E-mails: eziporin@sgrllc.com
　　　　　mkovaci@sgrllc.com
*Counsel for Defendants City of Englewood, Jones and McCann*


s/ Edward M. Caswall
**Edward M. Caswall**
Assistant County Attorney
5334 S. Prince Street
Littleton, CO 80120
Telephone: (303) 795-4639
E-mail: jcaswall@co.arapahoe.co.us
*Counsel for Defendants Robinson and Arapahoe County*